UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELGEN MANUFACTURING COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> MAC ARTHUR CO., et al., <br><br> Defendants. | Case No. 23-cv-04924-JD <br><br> **SUA SPONTE JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

The Court refers this case to the Honorable Jon S. Tigar to determine whether it is related to *Elgen Manufacturing Company, Inc. v. Mac Arthur Co.*, 21-cv-10034-JST. Civil L.R. 3-12(c).

**IT IS SO ORDERED.**

Dated: January 30, 2024

JAMES DONATO
United States District Judge